UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CEDRIC CHAPPEL, individually and on behalf of all others similarly situated,<br><br>v.<br><br>LIGHTNING OILFIELD SERVICES, INC. | No: 7:21-cv-17-DC-RCG |

# JOINT NOTICE OF SETTLEMENT

Cedric Chappel and Lightning Oilfield Services, Inc. jointly report that this matter settled.

Respectfully submitted,

By: _____/s/ David Moulton_____
Richard J. (Rex) Burch
Texas Bar No. 24001807
David Moulton
Texas Bar No. 24051093
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com
dmoulton@brucknerburch.com

Andrew W. Dunlap
State Bar No. 24078444
**JOSEPHSON DUNLAP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
adunlap@mybackwages.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Tyler Eyrich by permission
By: _____
William E. Berry Jr.
State Bar of Texas No. 24006841
bberry@cbtd.com
Tyler J. Eyrich
State Bar of Texas No. 24101741
teyrich@cbtd.com
**COTTON, BLEDSOE, TIGHE & DAWSON, P.C**.
P. O. Box 2776
Midland, Texas 79702
(432) 684-5782
(432) 682-3672 (Fax)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On April 27, 2023, I served this document on all parties via the Court's ECF system

**/s/ David Moulton**
_____
David Moulton